

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
08/23/2010

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| QUALITY INFUSION CARE, INC. | § | Case No. 10-36675-H4-11 |
| | § | (Chapter 11) |
| Debtor. | § | |

**ORDER GRANTING MOTION FOR EXPEDITED HEARING ON THE EXPEDITED
MOTION OF BRADFORD N. OESCH FOR RELIEF FROM THE AUTOMATIC STAY
TO PROCEED WITH ARBITRATION AGAINST THE DEBTOR**
(Relates to Dkt. No. 31)

Upon consideration of the *Motion for Expedited Hearing on the Expedited Motion of Bradford N. Oesch for Relief from the Automatic Stay to Proceed with Arbitration Against the Debtor* (the "Motion") filed by Bradford N. Oesch ("Oesch"); and due and proper notice of the Motion having been given to all parties; and it appearing that, because of the nature of the relief requested, no other or further notice need be given; and sufficient cause appearing therefore, it is

**ORDERED** that the Motion is GRANTED; it is further

**ORDERED** that the Expedited Motion of Bradford N. Oesch for Relief from the Automatic Stay to Proceed with Arbitration Against the Debtor [Dkt. No. 31] is set for hearing on **August 27, 2010 at 9:00 a.m.** (prevailing Houston time), in the United States Bankruptcy Court for the Southern District of Texas, Courtroom 600 [400 struck through], 515 Rusk Avenue, Houston, Texas.

SIGNED this 23rd day of August, 2010.

HONORABLE JEFF BOHM
UNITED STATES BANKRUPTCY JUDGE

# CERTIFICATE OF NOTICE

```
District/off: 0541-4          User: rste              Page 1 of 1              Date Rcvd: Aug 23, 2010
Case: 10-36675                Form ID: pdf002         Total Noticed: 6

The following entities were noticed by first class mail on Aug 25, 2010.
db           +Quality Infusion Care, Inc.,   6300 Ricmond Avenue,   Suite 333,   Houston, TX 77057-5927
aty          +Tow & Koenig, PLLC,   26219 Oak Ridge Drive,   The Woodlands, TX 77380-1960
cr           +Compass Bank,   c/o Jackson Walker L.L.P.,   Lisa A. Powell,   1401 McKinney, Suite 1900,
              Houston, TX 77010-4037
cr           +Green Bank,   c/o Stephen W. Lemmon,   Brown McCarroll,   111 Congress Avenue,   Suite 1400,
              Austin, TX 78701-4093
cr           +Integrated Commercialization Solutions, Inc. d/b/a,   c/o 3101 Gaylord Parkway, 1N-E184,
              Frisco, TX 75034-8655
cr            Montgomery County,   Linebarger Goggan Blair & Sampson LLP,   c/o John Dillman,   PO Box 3064,
              Houston, TX  77253-3064

The following entities were noticed by electronic transmission.
NONE.                                                                                           TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            AmerisourceBergen Drug Corporation
cr            Bradford N. Oesch
cr            Nationwide Health Properties, Inc. and NHP Houston
cr            Patriot Bank
                                                                                   TOTALS: 4, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 25, 2010**                    Signature:   _Joseph Speetjens_