UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| QUALITY INFUSION CARE, INC. | § § | Bankruptcy Case No. 10-36675 |
|     Debtor. | § | |
| RANDY W. WILLIAMS, CHAPTER 7 TRUSTEE, | § § | |
|     Plaintiff, | § § | Civil Case No. H-13-0421 |
| vs. | § § | |
| PATRICIA D. SALVATO, M.D. and DIVERSIFIED MEDICAL PRACTICE, P.A., | § § § | |
|     Defendants. | § | |

TRUSTEE'S MOTION TO COMPROMISE CONTROVERSY
UNDER BANKRUPTCY RULE 9019 WITH PATRICIA D. SALVATO, M.D.
AND DIVERSIFIED MEDICAL PRACTICE, P.A.

**THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

**To the Honorable Jeff Bohm,
Chief United States Bankruptcy Judge:**

    Randy W. Williams, chapter 7 trustee (the "Trustee") for the estate of Quality Infusion Care, Inc. ("QIC") files this Motion to Compromise Controversy with Patricia Salvato, M.D. and

Diversified Medical Practice, P.A. (collectively, the "Settling Party") under Rule 9019 of the Federal Rules of Bankruptcy Procedure.

## Summary of Relief Requested

1. The Trustee seeks approval of a settlement resolving Civil Case No. 13-0421, *Randy W. Williams, Chapter 7 Trustee v. Patricia Salvato, M.D. and Diversified Medical Practice, P.A.*, concerning certain payments by QIC to the Settling Party which the Trustee alleges were preferences or fraudulent transfers. Under the proposed compromise, the Settling Party shall pay the Trustee $20,000 and the Trustee shall release all claims against the Settling Party. A detailed description of the proposed compromise is set forth below. **While the Settling Party has agreed to the proposed compromise, the factual recitations set forth herein are solely those of the Trustee and are not necessarily agreed to by the Settling Party.**

## Statement of Facts

2. QIC filed a voluntary chapter 11 case on August 3, 2010 (the "Petition Date"). The Court appointed the Trustee as the chapter 11 trustee in the case by Order dated September 27, 2010. The QIC case was converted to a chapter 7 case on January 21, 2011. The Trustee was subsequently appointed as the chapter 7 trustee in the case.

3. On August 1, 2012, the Trustee filed Adversary Proceeding No. 12-3341, *Randy W. Williams, Chapter 7 Trustee v. Patricia Salvato, M.D. and Diversified Medical Practice, P.A.*, against the Settling Party seeking to avoid and recover payments of $1,567,355.64 made by QIC to the Settling Party as fraudulent transfers pursuant to 11 U.S.C. §§ 544 and 548 and applicable state law or preferences pursuant to 11 U.S.C. § 547.

4. On March 5, 2013, the district court withdrew the reference of the adversary proceeding.

5. On May 31, 2013, the Settling Party filed two motions for summary judgment. One motion sought dismissal of Dr. Salvato because all payments were made to Diversified Medical Practice, P.A. (the "Practice"). The other motion sought dismissal of $1,124,961.81 in payments because they were based on drug purchases made by the Debtor through the Practice's account and the funds were almost immediately transferred out of the Practice's account to pay for the drug invoices.

6. On June 24, 2013, the Trustee filed a second amended complaint which eliminated the payments on drug invoices and reduced the amount in controversy to $408,455.43.

7. Upon further investigation and discovery by the Trustee, the remaining amount in controversy is comprised of (1) $54,375.00 for lease payments on a sublease between QIC and the Practice, (2) $137,850 was paid directly to the Practice, and (3) $216,230.43 paid to a QIC Management Company account related to the Debtor's management of the Practice.

8. The specific terms of the settlement are set forth below.

### The Proposed Settlement

9. Subject to Court approval, the parties have agreed as follows:

- Within twenty-one (21) days of the entry of an order approving this proposed compromise, the Settling Party shall pay to the Trustee $20,000.00 (the "Settlement Payment"). The Settlement Payment will be made payable to Randy W. Williams, chapter 7 trustee, c/o Joshua W. Wolfshohl, Porter Hedges LLP, 1000 Main St., Suite 3600, Houston, Texas 77002.

- Upon receipt of the Settlement Payment, the Trustee agrees to release all potential causes of action the estate may have against the Settling Party, including but not limited to causes of action pursuant to Chapter 5 of the Bankruptcy Code.

**Merits of the Compromise**

10.     The merits of a proposed compromise should be judged under the criteria set forth in *Protective Comm. for Indep. Stockholders of TMT Trailer Ferry, Inc. v. Anderson*, 390 U.S. 414 (1968). *TMT Trailer* requires that a compromise must be "fair and equitable." *TMT Trailer*, 390 U.S. at 424; *In re AWECO, Inc.*, 725 F.2d 293, 298 (5th Cir.), *cert. denied*, 469 U.S. 880 (1984). The terms "fair and equitable" mean that (i) senior interests are entitled to full priority over junior interests; and (ii) the compromise is reasonable in relation to the likely rewards of litigation. *In re Cajun Electric Power Coop.*, 119 F.3d 349, 355 (5th Cir. 1997); *In re Jackson Brewing Co.*, 624 F.2d 599, 602 (5th Cir. 1980).

11.     In determining whether a proposed compromise is fair and equitable, a Court should consider the following factors:

>    (i)   the probabilities of ultimate success should the claim be litigated;
>
>    (ii)  the complexity, expense, and likely duration of litigating the claim;
>
>    (iii) the difficulties of collecting a judgment rendered from such litigation; and,
>
>    (iv)  all other factors relevant to a full and fair assessment of the wisdom of the compromise.

*TMT Trailer*, 390 U.S. at 424. The Fifth Circuit has further elaborated on the factors to be considered in evaluating the wisdom of a proposed settlement. One factor to be considered is "the paramount interest of creditors with proper deference to their reasonable views." *In re Foster Mortgage Corp.*, 68 F.3d 914, 917 (5th Cir. 1996). Another factor bearing on the wisdom of the compromise is the extent to which the proposed settlement is the product of arms-length negotiation. *In re Foster Mortgage Corp.*, 68 F.3d 914, 918 (5th Cir. 1996). In deciding whether to accept a compromise, a trustee is required to reach an informed judgment, after diligent investigation, as to whether it is prudent to eliminate the inherent risks, delays, and

expense of prolonged litigation. *In re Mailman Stream Carpet Cleaning Corp.*, 212 F.3d 632 (1st Cir. 2000). A court is not to substitute its own judgment for that of the trustee, but rather to "canvass the issues" and determine whether the settlement "falls below the lowest point in the range of reasonableness." *In re W.T. Grant Co.*, 699 F.2d 599, 609 (2d Cir. 1983).

12. The Trustee believes that the proposed compromise satisfies the requirements established by the Supreme Court in *TMT Trailer*.

### Analysis of Proposed Compromise

13. <u>Probabilities of Ultimate Success</u>. The remaining transfers in the Trustee's second amended complaint are grouped into three categories: rent payments, payments made directly to the Practice, and payments made to QIC Management Company's Practice account. The Settling Party may have a defense to the rent payments because the Debtor did sublease space from the Settling Party to operate an infusion clinic during this time period. Additionally, the Settling Party has a defense to the payments which were made to the QIC Management Company's Practice account because the Debtor controlled that account. Accordingly, the potential fraudulent transfer exposure on these amounts is minimal. That leaves only the $137,850 that was paid directly to the Practice. Establishing that the Practice did not provide reasonably equivalent value for these payments would be extremely difficult given the poor condition of the Debtor's books and records related to the income of the Practice. Consequently, the Trustee has determined that the proposed compromise is in the best interest of all concerned parties and that this factor supports the proposed settlement.

14. <u>Complexity, Expense and Likely Duration</u>. Counsel for the Trustee is retained on a stair-step contingency fee that does not increase based on whether a judgment is obtained before or after trial. Accordingly, this factor did not weigh heavily in the Trustee's decision.

15. <u>Difficulty in Collecting Judgment</u>.  While the Trustee has not been presented with any specific evidence of the Settling Party's inability to pay, the Trustee's experience with other doctor cases brought in the QIC bankruptcy case is that collectability may be an issue.  Accordingly, this factor weights in favor of the proposed settlement.

16. <u>Other Factors</u>.  The Trustee believes that the proposed compromise is equitable and serves the purposes underlying the Bankruptcy Code.

Accordingly, the Trustee requests that this Court approve the proposed settlement and compromise set forth above and for such other relief as is just.

**Dated:  September 4, 2013.**

> Respectfully submitted,
>
> **Porter Hedges LLP**
>
> By:  /s/ Joshua W. Wolfshohl
> Joshua W. Wolfshohl
> State Bar No. 24038592
> Aaron J. Power
> State Bar No. 24058058
> 1000 Main Street, 36th Floor
> Houston, Texas 77002
> (713) 226-6000
> (713) 228-1331 (fax)
>
> **Counsel for Randy W. Williams, Trustee**

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was duly served by United States first class mail to all parties listed on the attached Service List and by electronic transmission to all registered ECF users appearing in the case on September 4, 2013.

> /s/ Aaron J. Power
> Aaron J. Power

Service List

APC, Inc.
Law Offices of Daniel B. Nelson
7322 Southwest Freeway
Houston, Tx 77074
[RETURNED MAIL

Compass Bank
Bruce J. Ruzinsky
c/o Jackson Walker L.L.P.
1401 McKinney, Suite 1900
Houston, TX 77010

Heather M. Forrest
Jackson Walker L.L.P.
901 Main Street, Suite 6000
Dallas, TX 75202

Green Bank
c/o Stephen W. Lemmon
Brown McCarroll
111 Congress Avenue, Suite 1400
Austin, TX 78701

Pamela Rose
1455 Hunters Park Dr.
Missouri City, Texas 77480-1600

Quality Infusion Care, Inc.
6300 Richmond Avenue, Suite 333
Houston, TX 77057
[RETURNED MAIL]

Republic Bank, Inc.
1560 South Renaissance Towne Drive, #260
Bountiful, UT 84010

San Felipe East, LLC
c/o Lawrence J. Maun
4545 Mt. Vernon Street
Houston, TX 77006

Tow & Koenig, PLLC
26219 Oak Ridge Drive
The Woodlands, TX 77380

Varilease Finance, Inc.
c/o Matthew B. Probus
Wauson & Associates, P.C.
One Sugar Creek Ctr. Blvd, Suite 880
Sugar Land, TX 77478

Wells Fargo Bank, N.A.
c/o Langley & Banack, Inc.
745 E. Mulberry, Suite 900
San Antonio, TX 78212

AFLAC
22 Corporate Woods Boulevard, Suite 2
Albany, NY 12211

ARUP Laboratories
P.O. Box 27964
Salt Lake City, UT 84127-0964

AT&T
5407 Andrews Highway
Midland, TX 79706

Access Medical USA
10440 Belga Dr.
San Antonio, TX 78240-3507

Adam C. Toosley, Clark Hill PLC
150 N. Michigan, Suite 2700
Chicago, IL 60601

Admiral Linen & Uniform Service
2030 Kipling
Houston, TX 77098-9869

Aetna-U23S
c/o Jennifer Hollenberg
1425 Union Meeting Rd
Blue Bell, PA 19422

Airgas Southwest
9595 Six Pines Drive, Suite 6280
Spring, TX  77380-1551

2093477v1

Allsate Imaging
21621 Nordhoff Street
Chatsworth, CA 91311

Allscripts-Misys Healthcare Solutions, I
222 Merchandise Mart Plaza, Suite 2024
Chicago, IL 60654

Ally Financial Inc f/k/a GMAC Inc.
PO Box 130424
Roseville, Mn 55113

Ambit Energy
1801 North Lamar St., Ste. 200
Dallas, TX 75202

American Express Bank, FSB
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

American Proficiency Institute
1159 Business Park Drive
Traverse City, MI 78758

Amtec Medical, Inc.
3701 Drossett Dr., Suite 190
Austin, TX 78744

Andre, Morris & Buttery
P.O. Box 730
San Luis Obispo, CA 93406-0730

Angela McCain, M.D.
16659 Southwest Freeway, Suite 245
Sugar Land, TX 77479

Antek HealthWare
228 Business Center Drive
Reistertown, MD 21136

Arup Laboratories
2500 Tanglewilde, Suite 150
Houston, TX 77063

Atlantic Biologicals Corporation
20101 NE 16th Place
Miami, FL 33179

B. Braun
824 12th Avenue
Bethlehem, PA 18018

BMW Bank of North America
P.O. Box 3608
Dublin, OH 43016

Beck, Redden & Secrest, L.L.P.
One Houston Center
1221 McKinney Street, #4500
Houston, TX 77010

Bio-Rad Laboratories, Inc.
1000 Alfred Nobel Drive
Hercules, CA 94547

BioSolutionsDirect
3101 Gaylord Parkway
Frisco, TX 75034

Bradford N. Oesch
8303 Southwest Freeway, Suite 810
Houston, TX 77074

Bracewell & Giuliani, L.L.P.
711 Louisiana Street, Suite 2300
Houston, Texas 77002-2770

Brandi Barger
31 Hobokans Way
Coldspring, TX 77331-4993

Cardinal Health
7000 Cardinal Place
Dublin, OH 43017

Central Parking System
1001 McKinney St., Ste. 450
Houston, TX 77002-6400

2093477v1

Chase Auto Finance
P. O. Box 901076
TX 1-0056
Fort Worth, TX 76101

Cirro Energy
P.O. Box 700608
Dallas, TX  75370-0608

Citibank South Dakota NA
4740 121st St
Urbandale, IA 50323

Clinical Pathology Laboratories, Inc.
9200 Wall Street
Austin, TX 78754

Clyde J. Jackson, III
Abraham, Watkins, Nichols, Sorrels, Agos
800 Commerce Street
Houston, Texas 77002-1776

Coastal Staff Relief, Inc.
101 Oystercreek Drive, Suite B
Lake Jackson, TX 77566

Coca-Cola Enterprises
2819 Berkley Street
Houston, Texas 77012

College of American Pathologists
325 Waukegan Road
Northfield, IL 60093

Comcast
P.O. Box 660618
Dallas, TX 75266-0618

Continental Court Reporters, Inc.
2777 Allen Parkway, Ste. 600
Houston, Texas 77019

Cotton Oneil Clinic
c/o Stormont-Vail Healthcare
1500 SW 10th Avenue
Topeka, KS 66604

CuraScript SD
d/b/a Priority Healthcare Distribution,
PO Box 533307
Charlotte, NC 28290

D. Kevin McCorkindale
5032 Hummingbird Lane
Plano, TX 75093-7526

DS Waters of America, Inc.
5660 New Northside Drive, Suite 500
Atlanta, GA 30328

Dahill Industries
655 Richland Hills Dr., Ste. 125
San Antonio, TX 78245

David A. Tabor
Shackelford, Melton & McKinley, L.L.P.
3333 Lee Parkway, 10th Floor
Dallas, Texas 75219

Deborah August
6300 Richmond Avenue, Suite 333
Houston, TX 77057
[RETURNED MAIL]

Distribution System International
[RETURNED MAIL]

Dyna Care Home Health Houston, LLC
8203 Willow Place Drive South, Suite 405
Houston, TX 77070
[RETURNED MAIL]

Educational Marketing Group, Inc.
18690 E. Plaza Dr., Ste. 101
Parker, CO 80134
[RETURNED MAIL]

2093477v1

Emdeon Business Services
3055 Lebanon Pike
Nashville, TN 37214

ExxonMobil Fleet Card
P.O. Box 5727
Carol Stream, IL 60197-5727

FFF Enterprises, Inc.
41093 County Center Drive
Temecula, CA 92591

Fast Signs
2542 Hightower Way
Carrollton, TX 75006

Federal Express
3965 Airways, Module G
Memphis, TN 38116

Forum Financial Services, Inc.
275 W. Campbell Road, Suite 320
Richardson, TX 75080

Gentiva Health Services, Inc.
3350 Riverwood Parkway Ste 1400
Atlanta, GA 30339

Gillis, Paris & Heinrich
8 Greenway Plaza, Suite 818
Houston, TX 77046

Grant Dunwoody
The Dunwoody Law Firm
2500 Tanglewilde, Suite 150
Houston, Texas 77063-2183

Guardian Life Insurance Co. of America
7 Hanover Square
Customer Service H-6-D
New York, NY 10004

Gulf Coast Oncology Associate, P.A.
12811 Beamer Road
Houston, TX 77089

Gulf Coast Pharmaceuticals
995 N. Halstead Road
Ocean Springs, MS 39564

Harris County, et al
Linebarger Goggan Blair & Sampson LLP
c/o John P. Dillman
P.O. Box 3064
Houston, Texas 77253

Home Health Care Logistics, Inc.
P.O. Box 25
Circleville, OH 43113

Home Health Care of Huntsville
P.O. Box 6548
Huntsville, TX 77342

I.V. Specialty, Ltd.
3200 Steck Avenue, Suite 330
Austin, TX 78757

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346

ITT of Houston, Inc.
2500 Central Parkway, #A
Houston, TX 77092

Immunodiagnostic Systems
8425 North 90th Street, Suite 8
Scottsdale, AZ 85258

Interbuild Construction, L.P.
c/o Richard A. Fulton
Coats Rose Yale Ryman & Lee, P.C.
2600 South Shore Blvd., Suite 200
League City, TX 77573

International Pharmaceuticals
P.O. Box 430
Cebu City 6000 Philippines

2093477v1

Inverness Medical Innovations
51 Sawyer Road, Suite 200
Waltham, MA 02453

JP Morgan Chase Bank, NA/Bank One
PO BOX 901032
FT. Worth, TX. 76101

John C. Osborne
[RETURNED MAIL]

John R. Jones
Bickerstaff Heath Delgado Acosta, L.L.P.
950 Echo Lane, Suite 357
Houston, TX 77024

Jon Totz
Totz Ellison & Totz
2211 Norfolk, Suite 510
Houston, Texas 77098

Judson Waltman
Lanier Law Firm, P.C.
P.O. Box 691448
Houston, TX 77269

Kaeser & Blair, Inc.
4236 Grissom Drive
Batavia, OH 45103

Laboratory Corporation of America
231 Maple Avenue
Burlington, NC 27215

Leo Vasquez, Harris County TAC
P.O. Box 4089
Houston, Texas 77253-3547

Liberty Office Products
P.O. Box 630729
Houston, TX 77263

Linda A. Galvan
3834 Heritage Colony Drive
Missouri City, TX 77459-3993

Littler Mendelson, PC
P.O. Box 45547
San Francisco, CA 94145-0547

Logix Communications
2950 N. Loop West, 8th Floor
Houston, TX 77092

Louis Berman, M.D.
c/o John Zavitsanos
Ahmad, Zavitsanos & Anaipakos, P.C.
1221 McKinney, Suite 3460
Houston, TX 77010

Maine Standards, Co., L.L.C.
765 Roosevelt Trail
Windhan, ME 04062

Marilyn Stefanides
Stefanides & Associates, L.L.P.
4212 San Felipe, Suite 520
Houston, Texas 77027-2902
[RETURNED MAIL]

Mark D'Andrea, M.D.
12811 Beamer Road
Houston, TX 77089

Market Lab, Inc.
6850 Southbelt Drive
Caledonia, MI 49316

McCormick, McNeel, Edler & Williams
4950 Bissonnet St.
Bellaire, TX 77401-4037

McEvoy & Company
2121 Sage, Suite 100
Houston, TX 77056-4326
[RETURNED MAIL]

McKesson Corporation
One Post Street
San Francisco, CA 94104

2093477v1

| | |
|---|---|
| Mediware Information Systems<br>[RETURNED MAIL] | Patriot Bank<br>c/o Stephen A. Leyh<br>Leyh & Payne, L.L.P.<br>9545 Katy Freeway, Suite 200<br>Houston, Texas 77024 |
| Memorial Hermann Healthcare System<br>7737 Southwest Freeway, Suite 200<br>Houston, TX 77074 | |
| Michael M. Phillips Law Firm<br>P.O. Box 1030<br>Angleton, Texas 77516-1030 | Pepper Lee<br>8507 Deer Meadow Drive<br>Houston, TX 77071-2443 |
| Morton Branzburg<br>Klehr, Harrison, Harvey, Branburg & Elle<br>919 North Market Street, Suite 1000<br>Wilmington, DE 19801 | Pitney Bowes Purchase Power<br>P.O. Box 856042<br>Louisville, KY 40285 |
| Patrick L. Hughes<br>Haynes and Boone LLP<br>1221 McKinney, Suite 2100<br>Houston, TX 77010 | Premium Assignment Corp.<br>16420 Park Ten Place, Suite 410<br>Houston, Texas 77084 |
| Mr. J. Wiley George<br>Andrews Kurth, L.L.P.<br>600 Travis, Suite 4<br>Houston, Texas 77002 | Prometheus Laboratories Inc.<br>9410 Carroll Park Drive<br>San Diego, CA 92121-5201 |
| Nationwide Health Properties, Inc.<br>2050 Main Street, Suite 800<br>Irvine, CA  92614-8260 | R. Smith International<br>c/o Blenden Roth Law Firm<br>P.O. Box 560326<br>Dallas, TX 75356-0326 |
| Novis Pharmaceuticals, L.L.C.<br>5000 SW 75th Avenue, Suite 121<br>Miami, FL 33155 | Recall Secure Destruction Services Inc.<br>One Recall Center<br>180 Technology Parkway<br>Norcross, GA 30092 |
| Office Depot<br>P.O. Box 70025<br>Los Angeles, CA 90074-0025 | Red Hawk<br>Box 121089<br>Dallas, Texas 75312-1089<br>[RETURNED MAIL] |
| Office Impact<br>P.O. Box 52068<br>Mesa, AZ 85208-0104 | Reliance Wholesale, Inc.<br>13967 SW 119 Ave<br>Miami FL 33186 |
| Office Max, Inc.<br>P. O. Box 101705<br>Atlanta, GA 30392-1705 | Tate, Moerer & King, L.L.P.<br>206 South Second Street<br>Richmond, Texas 77469 |

2093477v1

Robert D. Green & Associates, P.C.
440 Louisiana Street
Houston, Texas 77002

Roger C. Willette, M.D., P.A.
c/o John E. Vickers III
214 Queen Road
Clear Lake Shores, TX 77565

Seacoast Medical L.L.C.
13423 Lynam Drive
Omaha, NE 68138

Shell Fleet Card Processing
P.O. Box 183019
Columbus, OH 43218-3019

Siemens Healthcare Diagnostics
1717 Deerfield Road
Deerfield, IL 60015-0778

Siemens Water Technologies Corp.
P.O. Box 360766
Pittsburg, PA 15250-6766

Sprint
6391 Sprint Parkway
Overland Park, KS 66251

Staples, Inc.
Attn: Daneen Kastanek
1 Environmental Way
Broomfield, CO 80021

Stericycle, Inc.
4010 Commerce Ave
Northbrook, IL 60062

Chip Sugg
Strasburger & Price, L.L.P.
711 Navarro Suite 600
San Antonio, TX  78205

Telios Corporation
c/o John A. Isbell
700 N. Pearl Street, 25th Floor
Dallas, TX 75201-2832

Thomson-West
West Customer Service
P.O. Box 64833
St. Paul, MN 55164-0833

Thyssenkrup Elevator Corp.
3005 Chastain Meadows Parkway, Ste 100
Marietta, GA 30066

Troy Brooks & Associates, PC
One Arena Place
7322 Southwest Freeway, Suite 688
Houston, TX 77074

Tygris Asset Finance
c/o Clark Hill, P.L.L.C.
150 N. Michigan Ave., #2400
Chicago, IL 60601

US Trustee
Office of the US Trustee
515 Rusk Ave, Ste 3516
Houston, TX 77002

Uline
2200 S. Lakeside Drive
Waukegan, IL 60085

United Healtcare
Department CH 10151
Palatine, IL 60055-0151

Universal Hospital Services, Inc.
7770 France Avenue, Suite 275
Edina, MN 55435
[RETURNED MAIL]

Varilease Finance
8451 Boulder Court, Suite 200
Walled Lake, MI 48390

2093477v1

Verizon Wireless
Bankruptcy Administration
P.O. Box 3397
Bloomington, IL 61702

Wayne H. Paris
8 Greenway Plaza, Suite 818
Houston, Texas 77046

Wells Fargo Financial Leasing
800 Walnut
Des Moines, Iowa 50309

Windstream Communications, Inc.
Financial Services
1720 Galleria Boulevard
Charlotte, NC 28270

bioMrieux
100 Rodolphe Street
Durham, NC 27712

i-Plexus Solutions
[RETURNED MAIL]

James and Linda Rutherford
6300 Richmond, Suite 333
Houston, TX 77057

Randy W Williams
Thompson & Knight LLP
333 Clay, Ste 3300
Houston, TX 77002

Tanya Cisneros
6300 Richmond, Suite 333
Houston, TX 77057

Leonard H. Simon, Esq.
The Riviana Building
2777 Allen Parkway, Suite 800
Houston, Texas 77019

David B. Tatge
Epstein Becker & Green, P.C.
1227 25th Street, N.W., Suite 700
Washington, D.C. 20037

David R. Jajchik
22506 Spence Park Ct.
Spring, TX 77373

Patrick McCarren
Hughes Watters Askanase, LLP
333 Clay Street, 29th Floor
Houston, TX 77002

James B. Jameson
James B. Jameson & Associates, P.C.
P.O. Box 980575
Houston, TX 77098

Timothy A. Davidson, II
Andrews Kurth, LLP
600 Travis, Suite 4200
Houston, TX 77002

Ascension Capital Group, Inc.
Attn: BMW Bank of North America, Inc.
Account: XXXXXX5684
P.O. Box 201347
Arlington, TX 76006

David B. Tatge
Epstein, Becker & Green, P.C.
1227 25th Street NW
Suite 700
Washington, DC  20037

Scott Douglas Cunningham
The Cunningham Law Firm
7500 San Felipe, Suite 1010
Houston, Texas  77063
[RETURNED MAIL]

Citibank, N.A.
701 East 60th Street North
Sioux Falls, SD  57117

2093477v1

Jo E. Hartwich
Briana L. Cioni
Stutzman, Bromberg, Esserman & Plifka, P.C.
2323 Bryan Street, Suite 2200
Dallas, TX 75201

Marc H. Schneider
Kimberly A. Bartley
15150 Middlebrook Drive
Houston, TX 77058

Timothy A. Million
Munsch Hardt Kopf & Harr PC
Bank of America Center
700 Louisiana, 46th Floor
Houston, TX 77002

Josh N. Bowlin
Chamberlin, Hridlicka, White, et al.
1200 Smith Street, Suite 1400
Houston, TX 77002

R. Spencer Sytles
Graham, Bright & Smith
Two Lincoln Centre
5420 LBJ Freeway, Suite 300
Dallas, TX 75240

C. Thomas Schmidt
Schmidt Law Firm, PLLC
3730 Kirby Suite 1200
Houston, TX 77098
[RETURNED MAIL]

Scott T. Citek
Lamm & Smith, P.C.
3730 Kirby Drive, Suite 650
Houston, TX 77098

Ronald J. Sommers
Nathan Sommers Jacobs
2800 Post Oak Blvd., 61st Floor
Houston, Texas 77056-5705

William A. Frazell
Assistant Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548

Jack W. Higdon
Blank Rome LLP
700 Louisiana, Suite 4000
Houston, TX 77002-2727

Herbert K. Ryder
Day Pitney LLP
One Jefferson Road
Parsippany, NJ 07054

Monroe Holdings & Liquidation, LLC
6161 Savoy Drive, Suite 1132
Houston, TX 77036

David P. Petersen
The Law Offices of David P. Peterson
8303 S.W. Freeway, Suite 815
Houston, TX 77074

Deirdre Brown
Hoover Slovacek, LLP
5847 San Felipe, Suite 2200
Houston, TX 77057

2093477v1