

ENTERED
10/16/2013

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| QUALITY INFUSION CARE, INC. | § § | Case No. 10-36675 |
| | § | Chapter 7 |
| Debtor. | § § | Judge Bohm |
| RANDY W. WILLIAMS, CHAPTER 7 TRUSTEE, | § § | |
| Plaintiff, | § § | Civil Case No. H-13-0379 |
| vs. | § § | |
| DALLAL ABDELSAYED, M.D. | § § § | |
| Defendant. | § | |

### ORDER APPROVING COMPROMISE
### (Docket No. 749 )

The Court has considered the Motion to Compromise Controversy with Dallal Abdelsayed, M.D. (the "Settling Party") filed by Randy W. Williams, chapter 7 trustee for Quality Infusion Care, Inc. (the "Trustee"). The Court finds that (i) the compromise is in the best interest of the estate and its creditors; and (ii) adequate notice of the motion has been given to creditors and parties-in-interest in this case. Accordingly, it is, therefore,

**ORDERED THAT:**

1. The Motion is **GRANTED**.

2. Within twenty-one (21) days of the entry of this Order, the Settling Party shall pay to the Trustee $15,000.00 (the "Settlement Payment"). The Settlement Payment will be made payable to Randy W. Williams, chapter 7 trustee, c/o Joshua W. Wolfshohl, Porter Hedges LLP, 1000 Main St., Suite 3600, Houston, Texas 77002.

3. Upon receipt of the Settlement Payment, the Trustee shall release all potential causes of action the estate may have against the Settling Party, including but not limited to causes of action pursuant to Chapter 5 of the Bankruptcy Code.

4.  The Court retains jurisdiction to interpret and enforce the provisions of this Order and the transactions contemplated herein to the maximum extent allowed by law.

DATED: **October 16**, 2013.

*[signature]*

THE HONORABLE JEFF BOHM,
CHIEF UNITED STATES BANKRUPTCY JUDGE

Approved as to form:

**Porter Hedges LLP**

/s/ Joshua W. Wolfshohl
Joshua W. Wolfshohl
State Bar No. 24038592
Aaron J. Power
State Bar No. 24058058
1000 Main Street, 36th Floor
Houston, Texas 77002
(713) 226-6000
(713) 228-1331 (fax)

**Counsel for Randy W. Williams, Trustee**

and

/s/ Leonard H. Simon
Leonard H. Simon
State Bar No. 18387400
The Riviana Building
2777 Allen Parkway, Suite 800
Houston, Texas 77019
Telephone: (713) 528-8555
Facsimile: (832) 202-2810

**Counsel for Dallal Abdelsayed, M.D.**